Case 16-20667   Filed 04/12/16   Doc 21

```
 1  14
 2  DAVID P. CUSICK, #160467, TRUSTEE
    NEIL ENMARK, #159185, attorney for Trustee
 3  TALVINDER S. BAMBHRA, #230907, attorney for Trustee
    P.O. Box 1858
 4  Sacramento, California 95812-1858
 5  legalmail@cusick13.com
    (916) 856-8000
 6
 7
 8
 9
10                   UNITED STATES BANKRUPTCY COURT
11                   EASTERN DISTRICT OF CALIFORNIA
12                        SACRAMENTO DIVISION
13
14
15  IN RE:                    )   Case No: 16-20667-C-13C
                              )   DCN: DPC-1
16                            )
    HARRIS C. WALKER, JR,     )   EXHIBITS IN SUPPORT OF TRUSTEE'S
17                            )   OBJECTION TO CONFIRMATION
                              )
18                            )
                              )   DATE:      APRIL 26, 2016
19                            )   TIME:      2:00 P.M.
                              )   JUDGE:     KLEIN
20                            )   COURTROOM: 33
21            Debtor(s)       )
22
23  1.  EXHIBIT A:
    Profit & Loss reports dated Aug 2015, Sept 2015, Oct 2015, Nov 2015, Dec 2015, and Jan 2015.
24  (Pages 4-9)
25
26  2.  EXHIBIT B:
    Business Entity Detail from California Secretary of State website. (Page 11)
27
28
```

1

3. **EXHIBIT C:**
Business Entity Information from Nevada Secretary of State website. (Page 13-14)

Dated: APRIL 12, 2016



TALVINDER S. BAMBHRA, Attorney for Trustee

# EXHIBIT A

## Profit and Loss  Aug 2015

| | |
|---|---|
| Gross Income | $ 2701.81 |
| Expenses: | |
|     Payroll | $ |
|     Supplies | $ |
|     Driver pay | $ 650.00 |
|     Misc Fees | $ |
|     Rent | $ 500.00 |
|     Vehicle Expense: | $ 940.00 |
|     Other: | $ 260.00 |
|     Total Expenses: | $ 2350 |
| Net Profit Before Taxes: | $ 351.81 |

EXHIBIT A

## Profit and Loss  Sept 2015

| | |
|---|---|
| Gross Income | $ 3937.20 |
| Expenses: | |
|     Payroll | $ |
|     Communty | $ 392.00 |
|     Driver pay | $ 250.00 |
|     Fees | $ 3510.00 |
|     Rent | $ 500.00 |
|     Vehicle Expense: | $ 136.00 |
|     Other: | $ 117.00 |
|     Total Expenses: | $ 4905. |
| Net Profit Before Taxes: | $  -967.80 |

EXHIBIT A

## Profit and Loss  Oct  2015

| | |
|---|---|
| Gross Income | $ 4645. |
| Expenses: | |
|     Payroll | $ |
|     Communty | $ 270.00 |
|     Driver pay | $ 550.00 |
|     Fees | $ 5279.00 |
|     Rent | $ 500.00 |
|     Vehicle Expense: | $ 279.00 |
|     Other: | $ 117.00 |
|     Total Expenses: | $ 6995.00 |
| Net Profit Before Taxes: | $ -2350. |

EXHIBIT A

# Profit and Loss  Nov  2015

| | |
|---|---|
| Gross Income | $ 4750.28 |
| Expenses: | |
|     Payroll | $ |
|     Communty | $ 270.00 |
|     Driver pay | $ 650.00 |
|     Fees | $ 3230.00 |
|     Rent | $ 500.00 |
|     Vehicle Expense: | $ 270.00 |
|     Other: | $ 118.00 |
|     Total Expenses: | $ 5038.00 |
| Net Profit Before Taxes: | $  -288.42 |

EXHIBIT A

## Profit and Loss Dec 2015

| | |
|---|---|
| Gross Income | $ 12486.62. |
| Expenses: | |
|     Payroll | $ |
|     Communty | $ 1091.00 |
|     Driver pay | $ 550.00 |
|     Fees | $ 8880.00 |
|     Rent | $ 500.00 |
|     Vehicle Expense: | $ 279.00 |
|         Total Expenses: | $ 11300.00 |
| Net Profit Before Taxes: | $ 1186.62 . |

EXHIBIT A

## Profit and Loss  Jan   2015

| | |
|---|---|
| Gross Income | $ 1875.86 |
| Expenses: | |
|     Payroll | $ |
|     Community | $ 0.00 |
|     Driver pay | $ 550.00 |
|     Raiders Fees | $ 0.00 |
|     Rent | $ 500.00 |
|     Vehicle Expense: | $ 312.00 |
|     Other: | $ |
|     Total Expenses: | $ 1362.00 |
| Net Profit Before Taxes: | $ 513.86 |

EXHIBIT A

# EXHIBIT B

California Secretary of State Alex Padilla

Secretary of State Main Website    **Business Programs**    Notary & Authentications    Elections    Campaign & Lobbying

iness Entities (BE)
Online Services
  - E-File Statements of Information for Corporations
  - Business Search
  - Processing Times
  - Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
  - Business Resources
  - Tax Information
  - Starting A Business

Customer Alerts
  - Business Identity Theft
  - Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, March 25, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | HAND & HAND FOUNDATION, INC. |
| Entity Number: | C3334709 |
| Date Filed: | 10/13/2010 |
| Status: | FTB FORFEITED |
| Jurisdiction: | NEVADA |
| Entity Address: | 9476 HEATHMAN WAY |
| Entity City, State, Zip: | ELK GROVE CA 95624 |
| Agent for Service of Process: | HARRIS C WALKER JR |
| Agent Address: | 9476 HEATHMAN WAY |
| Agent City, State, Zip: | ELK GROVE CA 95624 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2016   California Secretary of State

EXHIBIT B

12

# EXHIBIT C

# HAND & HAND FOUNDATION, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked | File Date: | 3/30/2007 |
| Type: | Domestic Non-Profit Corporation | Entity Number: | E0245102007-8 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2011 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20071482600 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | HARRIS WALKER JR. | Address 1: | 9030 W SAHARA STE 265 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89117 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers

☐ Include Inactive Officers

### Director - JAVBRO L PATTON

| | | | |
|---|---|---|---|
| Address 1: | 7131 HONEYSUCKLE CT | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89119 | Country: | |
| Status: | Active | Email: | |

### Treasurer - STACY SPENCER

| | | | |
|---|---|---|---|
| Address 1: | 8282 CALVINE RD #2094 | Address 2: | |
| City: | SACRAMENTO | State: | CA |
| Zip Code: | 95828 | Country: | |
| Status: | Active | Email: | |

### Secretary - STACY SPENCER

| | | | |
|---|---|---|---|
| Address 1: | 8282 CALIVINE RD #2094 | Address 2: | |
| City: | SACRAMENTO | State: | CA |
| Zip Code: | 95828 | Country: | |
| Status: | Active | Email: | |

EXHIBIT C

13

| President - HARRIS C WALKER JR | Case 16-20667 Filed 04/12/16 Doc 21 | | |
|---|---|---|---|
| Address 1: | 9476 HEATHMAN WAY | Address 2: | |
| City: | ELK GROVE | State: | CA |
| Zip Code: | 95624 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | 20070229607-35 | # of Pages: | 2 |
| File Date: | 3/30/2007 | Effective Date: | |

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20070302286-00 | # of Pages: | 1 |
| File Date: | 4/30/2007 | Effective Date: | |

(No notes for this action)

| Action Type: | Reinstatement | | |
|---|---|---|---|
| Document Number: | 20100612590-36 | # of Pages: | 1 |
| File Date: | 8/13/2010 | Effective Date: | |

10/11

| Action Type: | Acceptance of Registered Agent | | |
|---|---|---|---|
| Document Number: | 20100612592-58 | # of Pages: | 1 |
| File Date: | 8/13/2010 | Effective Date: | |

(No notes for this action)



EXHIBIT C