**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 16-20667-C-13C |
| | ) | DCN: DPC-1 |
| | ) | |
| HARRIS C. WALKER, JR, | ) | TRUSTEE'S RESPONSE TO |
| | ) | DEBTORS REPLY TO TRUSTEE'S |
| | ) | OBJECTION TO CONFIRMATION |
| | ) | |
| | ) | DATE:        MAY 24, 2016 |
| | ) | TIME:        2:00 P.M. |
| | ) | JUDGE:       KLEIN |
| Debtor(s) | ) | COURTROOM:   33 |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, responds to Debtors Reply to the Trustee' Objection to Confirmation in that:

1. Debtor has provided a Declaration (docket #24), in support of his ability to fund the plan.

2. Debtor has provided updated Profit and Loss Statements to the Trustee.

1

1  3.  Debtor is current under the plan at this time.

2  Based on these facts, the Trustee believes the Debtor has proven the ability to make the

3  plan payments and no longer opposes Confirmation.

6  WHEREFORE, the Trustee asks that the Court consider these matters.

8  Dated: MAY 11, 2016                    *Neil Enmark*
9                                          Neil Enmark, Attorney for Trustee