**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 16-20667-C-13C |
| | ) | DCN: DPC-1 |
| | ) | |
| HARRIS C. WALKER, JR, | ) | DECLARATION OF KARI STEWART |
| | ) | IN SUPPORT OF TRUSTEE'S |
| | ) | RESPONSE TO DEBTOR(S) REPLY |
| | ) | TO TRUSTEE'S OBJECTION TO |
| | ) | CONFIRMATION |
| | ) | |
| | ) | DATE:      MAY 24, 2016 |
| | ) | TIME:      2:00 P.M. |
| | ) | JUDGE:     KLEIN |
| Debtor(s) | ) | COURTROOM: 33 |

I, Kari Stewart, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

1

2. I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

3. I have reviewed the Trustee's records and show that:

(a) On or about May 10, 2016, I received by email copies of Profit and Loss Statements for Hand in Hand dated February 2016, March 2016, and April 2016.

(b) Debtor is current under the plan at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on MAY 11, 2016, at Folsom, California.

_____
Kari Stewart, Paralegal